IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:02CR3155 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | ORDER |
| STEVEN W. MORGHEIM, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for early release (filing 3) is denied without prejudice to reassertion when the defendant has complied with the DNA requirements.

July 26, 2006.                    BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge