IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:02CR3155 |
| V. | ) | |
| STEVEN W. MORGHEIM, | ) | ORDER |
| Defendant. | ) | |

I received a letter from Defendant Steven W. Morgheim. I will direct the Clerk to file that letter and I will treat it as a motion. I will also appoint the Federal Public Defender to represent Mr. Morgheim regarding the motion. Finally, I will require the government to submit a response to the motion. Accordingly,

IT IS ORDERED that:

(1) The Clerk shall file the defendant's letter and docket it as a motion.

(2) The Federal Public Defender or one of his assistants is herewith appointed to represent the defendant. Counsel shall promptly enter an appearance in this case.

(3) The United States shall respond to the defendant's letter/motion no later than April 15, 2013, and file its response in the court file.

(4) The Clerk shall send a copy of the defendant's letter/motion and this order to counsel for the government, to counsel for the defendant, and to the defendant at 2150 Pacific Boulevard, Gering, Nebraska 69341.

DATED this 13th day of March, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge